IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENDALE STEWART,

                Plaintiff,

    v.

ERIK K. SHINSEKI, Secretary,
Department of Veteran Affairs,

                Defendant.

ORDER

10-cv-456-slc

---

    In an order entered in this case on August 26, 2010, I directed plaintiff to pay $175 of the $350 fee for filing this case no later than September 15, 2010. Now plaintiff has filed a letter dated September 13, 2010, that I construe as a motion for an extension of time to submit the $175 payment.

    In his motion for extension of time to pay the assessed portion of the filing fee, plaintiff says that he will be receiving his veteran's disability and vocational rehabilitation and employment training compensation on October 1, 2010 and will be able to make the payment then. I will grant plaintiff's request and extend the deadline for him to make the payment to October 4, 2010.

ORDER

    IT IS ORDERED that plaintiff's motion for an extension of time, dkt. #7, is GRANTED and the deadline within which plaintiff is to pay the $175 payment of the filing fee is extended to October 4, 2010. If, by October 4, 2010, plaintiff fails to submit the required payment or show cause of his failure to do so, I will assume that he wishes to withdraw this action

Copy of this document has been
provided to: _Plaintiff_

this _20_ day of _Se_ 20 _10_
by_____
S. Vogel, Secretary to
Judge Barbara B. Crabb

voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 20th day of September, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge