IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENDALE STEWART,

    Plaintiff,

v.

ERIK K. SHINSEKI,
Secretary, Department of Veterans Affairs,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-456-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Erik K. Shinseki granting his motion for summary judgment and dismissing this case.

By: _____, Deputy Clerk      2-27-12
Peter Oppeneer, Clerk of Court                       Date